## Commonwealth ex rel. Belton, Appellant, *v.* Banmiller.

Submitted October 9, 1959. Before JONES, C. J., BELL, MUSMANNO, JONES, COHEN, BOK and McBRIDE, JJ.

*Richard Belton,* appellant, in propria persona.

*Juanita Kidd Stout,* Assistant District Attorney, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, November 9, 1959:

The order of the court below dismissing the petition for writ of habeas corpus is affirmed.